UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>RUBY ENRIQUEZ, et al.,<br><br>   Defendants. | No. 1:25-cv-00854-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AS MOOT<br><br>(ECF No. 9) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on July 15, 2025.

On August 15, 2025, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 12.)

On this same day, Plaintiff filed a motion request leave to amend the complaint. (ECF No. 9.) Inasmuch as Plaintiff was granted leave to file an amended complaint, Plaintiff's current motion is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **August 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1