1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ANTONIO MARTINEZ,              No.  1:25-cv-00854-SAB (PC)

12              Plaintiff,                ORDER DIRECTING CLERK OF COURT TO
                                          RANDOMLY ASSIGN A DISTRICT JUDGE
13        v.                              TO THIS ACTION

14    RUBY ENRIQUEZ, et al.,              FINDINGS AND RECOMMENDATIONS
                                          RECOMMENDING DISMISSAL OF
15              Defendants.               CERTAIN CLAIMS AND DEFENDANTS

16                                        (ECF No. 16)

17

18
          Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42
19
      U.S.C. § 1983.
20
          On October 3, 2025, the Court screened Plaintiff's first amended complaint, and found
21
      that Plaintiff stated a cognizable claim for sexual harassment in violation of the Eighth
22
      Amendment against Defendant Ruby Enriquez.  (ECF No. 15.)  The Court granted Plaintiff leave
23
      to file an amended complaint or notify the Court of his intent to proceed only on the deliberate
24
      indifference claim.  (Id.)  On October 23, 2025, Plaintiff filed a notice of intent to proceed on the
25
      claim found to be cognizable.  (ECF No. 16.)
26
          Accordingly, it is HEREBY ORDERED that the Clerk of the Court shall assign a District
27
      Judge to this action.
28

                                        1

Further, it is HEREBY RECOMMENDED that:

1.      This action proceed only on Plaintiff's sexual harassment claim against Defendant Ruby Enriquez; and

2.      All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge