UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>RUBY ENRIQUEZ, et al.,<br><br>Defendants. | No.  1:25-cv-00854-JLT-SAB (PC)<br><br>ORDER RESCHEDULING REMOTE SETTLEMENT CONFERENCE FROM **APRIL 29, 2026** TO **MAY 7, 2026**, AT 9:30 A.M.<br><br>(ECF No. 26) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on April 29, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.  (ECF No. 26.)  Due to the Court's schedule, the remote settlement conference is rescheduled to **May 7, 2026**, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.  The parties shall submit their confidential settlement statements on or before April 30, 2026.

IT IS SO ORDERED.

Dated:   **March 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1